WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
alancaster@wrightlegal.net
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7967; Fax: (702) 946-1345
*Attorneys for Plaintiff, Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-01558 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE** |
| BTK PROPERTIES LLC, a Nevada limited liability company; TERRA WEST COLLECTIONS GROUP LLC, a Nevada limited liability company; LA PALOMA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and DOES I through X, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff, Bank of America, N.A. (hereinafter "Plaintiff") and Defendant La Paloma Homeowners Association ("La Paloma") by and through their attorneys of record, stipulate as follows:

1. The parties agree to extend the deadline for Plaintiff to file their response to La Paloma's Motion to Dismiss to October 5, 2016.

2. The parties agree to extend the deadline for Plaintiff to file their response to La Paloma's Motion to Dismiss filed on August 31, 2016 [ECF No. 16] due to Plaintiff's counsel's calendaring conflicts.

1    This is the parties' first request for extension of these deadlines, and is not intended to
2 cause any delay or prejudice to any party.
3    DATED this 16th day of September, 2016.    DATED this 16th day of September, 2016.

WRIGHT, FINLAY & ZAK, LLP

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

*/s/ Aaron D. Lancaster*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorney for Plaintiff,*
*Bank of America, N.A.*

*/s/ Siria L. Gutierrez*
Siria L. Gutierrez, Esq.
Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorney for Defendant* La Paloma Homeowners Association

**ORDER**

IT IS SO ORDERED:

1. The date for Plaintiff to file their response to La Paloma's Motion to Dismiss is extended to October 5, 2016.

DATED September 22, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Aaron D. Lancaster*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorney for Plaintiff,*
*Bank of America, N.A.*