UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>　　　　　　　　　Plaintiff, <br>v. <br>BTK PROPERTIES, LLC, et al. <br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-01558-JCM-PAL <br><br>ORDER <br><br>(Subst Atty – ECF No. 34) |

This matter is before the court on the Substitution of Attorneys (ECF No. 34). Luis A. Ayon of Ayon Law, PLLC seeks leave to be substituted in the place of Margaret E. Schmidt of Maier Gutierrez & Associates for Defendant BTK Properties. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." The deadline to complete discovery has expired, and the deadline to file dispositive motion is June 19, 2017. There are no pending motions before this court.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 34) is **GRANTED**.
2. Luis A. Ayon of Ayon Law, PLLC is substituted in the place of Margaret E. Schmidt of Maier Gutierrez & Associates for Defendant BTK Properties, LLC, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 19th day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1