Case 2:16-cv-01558-JCM-PAL   Document 45   Filed 07/13/17   Page 1 of 3

WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
alancaster@wrightlegal.net
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7967; Fax: (702) 946-1345
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> BTK PROPERTIES LLC, a Nevada limited liability company; TERRA WEST COLLECTIONS GROUP LLC, a Nevada limited liability company; LA PALOMA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and DOES I through X, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-01558 <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE** <br><br> **(FIRST REQUEST)** |

Plaintiff Bank of America, N.A. ("BOFA") filed a Motion for Summary Judgment against BTK Properties LLC ECF No. 36 on June 19, 2017, Defendant BTK Properties, LLC ("BTK") filed a Motion for Summary Judgment ECF No. 38 on June 19, 2017, and Defendant La Paloma Homeowners Association's ("La Paloma") filed a Motion for Summary Judgment ECF No. 37 on June 19, 2017 (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

1. The Parties agree to extend the deadline for BTK Properties to file an opposition to BOFA's Motion for Summary Judgment to July 24, 2017.

Page 1 of 3

1  2.  The Parties further agree to extend the deadline for BOFA to file an opposition to La Paloma's Motion for Summary Judgment to July 24, 2017.

3.  The Parties further agree to extend the deadline for BOFA to file an opposition to BTK's Motion for Summary Judgment to July 24, 2017.

4.  The Parties further agree to extend the deadline for La Paloma to file an opposition to the Motion's for Summary Judgment to July 24, 2017.

4.  This is the Parties' first request for an extension of time to file oppositions to the above set forth Motions for Summary Judgment.

5.  The Parties' request for this extension is not intended to cause any delay or prejudice to any party. Rather, this brief extension will accommodate the schedule of counsel and their conflicts with the current deadline.

DATED: JULY 7, 2017

WRIGHT FINLAY & ZAK

By: /s/ *Aaron D. Lancaster, Esq.*
     Aaron D Lancaster, Esq.
     7785 W. Sahara Ave, Suite 200
     Las Vegas, NV 89117
     *Plaintiff, Bank of America, N.A.*

DATED: JULY 7, 2017

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

 */s/ Julie A. Funai, Esq.*
Kaleb D. Anderson, Esq.
Julie A. Funai, Esq.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorney for Defendant La Paloma Homeowners Association*

DATED: JULY 7, 2017

AYON LAW, PLLC

By: */s/ Luis A. Ayon, Esq.*
     Luis A. Ayon, Esq.
     9205 West Russell Road
     Building 3, Suite 240
     Las Vegas, NV 89148
     *Attorneys for Defendant BTK Properties LLC*

## ORDER

**IT IS SO ORDERED.**

Defendant BTK Properties, LLC has up through and until July 24, 2017 to file an opposition to Plaintiff's Motion for Summary Judgment. Further, Plaintiff Bank of America, N.A. has up through and until July 24, 2017 to file an opposition to BTK Properties, LLC and La Paloma Homeowners Association's Motion for Summary Judgment.

Dated July 13, 2017.

_____
UNITED STATES DISTRICT JUDGE